IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM RUSSELL ROBERTS,

    Plaintiff,

v.

LEE ANNE GALLAGHER,
MAPFRE INSURANCE d/b/a THE
COMMERCE INSURANCE COMPANY,
VOLKSWAGEN GROUP OF AMERICA, INC.,
LIBERTY MUTUAL INSURANCE,
HERTZ GLOBAL HOLDINGS, INC.,
ENTERPRISE RENTAL COMPANY and
NORTHERN ARIZONA HEALTHCARE,

    Defendants.

ORDER

20-cv-299-wmc

---

The court having been advised that the defendant, Hertz Global Holdings, Inc., has filed a bankruptcy petition on May 22, 2020,

IT IS ORDERED that the above entitled action is DISMISSED without prejudice as to defendant Hertz Global Holdings, Inc., subject to its reopening and tolling of any applicable statutes of limitations if all issues have not been fully addressed upon the completion of bankruptcy proceedings.

Entered this 3rd day of June, 2020.

BY THE COURT:

/s/

_____

William M. Conley
District Judge